ing of case on the merits. 

No. 73–711. CRYAN, SHERIFF, ET AL. *v.* HAMAR THEA-TRES, INC., ET AL. Appeal from D. C. N. J. [Probable jurisdiction noted, 416 U. S. 954.] Judgment vacated and case remanded to determine whether the cause is moot in light of *State* v. *DeSantis,* 65 N. J. 462, 323 A. 2d 489 (1974).

No. 74–67. DICKSON *v.* FORD, PRESIDENT OF THE UNITED STATES, ET AL. Appeal from D. C. W. D. Tex. This is an appeal, assertedly brought under 28 U. S. C. § 1253, from a three-judge court order dismissing a complaint which sought to enjoin a federal statute upon the ground of its unconstitutionality, 28 U. S. C. § 2282. The court found the case "non-justiciable" because the appellant lacked standing to sue and because the case involved a "political question." Where a three-judge court dismisses a complaint as being nonjusticiable, appeal does not lie to this Court under 28 U. S. C. § 1253. *Gonzalez* v. *Automatic Employees Credit Union, ante,* p. 90. Accordingly, the order is vacated and case remanded so that a fresh order may be entered from which a timely appeal may be taken to the United States Court of Appeals. 28 U. S. C. § 1291. 

No. 74–437. NORTH *v.* RUSSELL ET AL. Appeal from Ct. App. Ky. Upon representation of the Attorney General of Kentucky set forth in his motion to dismiss or affirm filed in this Court on November 29, 1974, judgment is vacated and case remanded for further consideration in light of the position presently asserted by the Commonwealth.